# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BE Labs, Inc., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>ASRock America, Inc., <br><br>　　　　Defendant. | Case No. 2:19-CV-02637-JAK-ASx <br><br>**ORDER RE STIPULATION TO DISMISS (DKT. 26)** |

Based on a review of the Stipulation to Dismiss (the "Stipulation") (Dkt. 26), sufficient good cause has been shown to **GRANT** the Stipulation. Accordingly, the captioned case, *BE Lab, Inc. v. ASRock America, Inc.*, Case No. 2:19-CV-02637-JAK (ASx), is hereby dismissed with prejudice, with each side to bear its own costs of action and attorney's fees.

IT IS SO ORDERED.

Dated: October 21, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE